UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER L. SCHOENWALD,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br><br>    Defendant. | Case No.  2:15-cv-01521-KJD-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (#9), filed September 29, 2015. LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review. Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply. The parties have not provided information to support their request for a discovery period in excess of 180 days.

**IT IS HEREBY ORDERED** that the Joint Discovery Plan and Scheduling Order (#9) is **denied**, without prejudice.

**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and Scheduling Order in compliance with LR 26-1(d), including a statement of the reasons why longer or different time periods should apply to the case, within seven (7) days of the date of this order.

DATED this 30th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge